# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRI M. DJISSA,<br><br>             Petitioner,<br><br>     v.<br><br>BRIAN CATES,<br><br>             Respondent. | Case No.  2:21-cv-05373-JVS-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Petition.  The Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the Report and adopts it as its own findings and conclusions.  Accordingly, the Petition is dismissed with prejudice.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in

this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED: June 20, 2023

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2